numerous violations of the Code of Professional Responsibility and poses a substantial threat of serious harm to the public. Respondent did not file a response to the motion.

Upon consideration thereof, it is ordered by this court that the motion be, and hereby is, denied.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), and that publication be made as provided for in Gov.Bar R. V(8)(D)(2).

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1553. State ex rel. Lampley v. GM Assembly Div.–GMC.**
Franklin App. No. 01AP–1230, 2002-Ohio-3888.

**2002–1626. State ex rel. Blanton v. Indus. Comm.**
Franklin App. No. 01AP–1197, 2002-Ohio-4037.

**2002–1676. State ex rel. DaimlerChrysler Corp. v. Indus. Comm.**
Franklin App. No. 01AP–1354, 2002-Ohio-4309.

[Cite as *10/25/2002 Case Announcements,* 2002-Ohio-5799.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 25, 2002*

### MOTION AND PROCEDURAL RULINGS

**2001–0625. In re Ray.**
Hamilton App. Nos. C–000436 and C–000437. This cause came on for further consideration upon the motion for leave of amici curiae the General Assembly of the state of Ohio et al. to file a memorandum in opposition to appellants' motion for reconsideration under S.Ct.Prac.R. XI. Upon consideration thereof,

IT IS ORDERED by the court that the motion for leave to file a memorandum in opposition to appellants' motion for reconsideration be, and hereby is, granted.

Cook, J., dissents.

IT IS FURTHER ORDERED that the memorandum in opposition to appellants' motion for reconsideration shall be filed within 7 days of the date of this entry.

Cook, J., dissents.

**2002–0840. State v. Taylor.**

Cuyahoga App. No. 79475, 2002-Ohio-1554. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion to consolidate briefing in Supreme Court case Nos. 2002–0840, *State v. Taylor*, Cuyahoga App. No. 79475, 2002-Ohio-1554, and 2002–0841, *State v. Wilson*, Cuyahoga App. No. 79485, 2002-Ohio-1846,

IT IS ORDERED by the court that the motion to consolidate briefing be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–0840 and 2002–0841 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.

IT IS FURTHER ORDERED that appellant's merit brief shall be filed on or before November 19, 2002, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–0841. State v. Wilson.**

Cuyahoga App. No. 79485, 2002-Ohio-1846. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion to consolidate briefing in Supreme Court case Nos. 2002–0840, *State v. Taylor*, Cuyahoga App. No. 79475, 2002-Ohio-1554, and 2002–0841, *State v. Wilson*, Cuyahoga App. No. 79485, 2002-Ohio-1846,

IT IS ORDERED by the court that the motion to consolidate briefing be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–0840 and 2002–0841 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.

IT IS FURTHER ORDERED that appellant's merit brief shall be filed on or before November 19, 2002, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–0961. Cincinnati Gas & Elec. Co. v. Clermont Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 98–K–707 and 98–K–708. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before November 1, 2002. The remainder of the briefing schedule established in this court's August 16, 2002 entry remains in effect.

# MISCELLANEOUS DISMISSALS

**2002–0498. Diamond Sparkler Mfg. Co. v. Zaino.**

Board of Tax Appeals, No. 99–N–197. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–0500. B.J. Alan Co. v. Zaino.**

Board of Tax Appeals, No. 99–N–196. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.